UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER, <br><br> Plaintiff, <br><br> v. <br><br> CCI RECEIVING AND RELEASE, <br><br> Defendant. | 1:06-CV-00864-AWI-WMW-P <br><br> ORDER GRANTING EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE <br><br> (Doc. 5) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 13, 2006, plaintiff filed a motion to extend time to respond to the order to show cause issued on September 11, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to respond to the order to show cause.

IT IS SO ORDERED.

**Dated:   November 3, 2006**           /s/  **William M. Wunderlich**
j14hj0                                                   UNITED STATES MAGISTRATE JUDGE